# Court of Appeals
# of the State of Georgia

ATLANTA, September 13, 2013

*The Court of Appeals hereby passes the following order:*

**A14A0071.  MAJOR CLARK v. THE STATE.**

Following entry of the trial court's order revoking Major Clark's probation, Clark filed this direct appeal.[1]  In order to appeal the revocation of his probation, however, Clark was required to file an application for discretionary appeal. OCGA § 5-6-35 (a) (5); see also *Andrews v. State*, 276 Ga. App. 428, 431 (1) (623 SE2d 247) (2005).  His failure to comply with the discretionary appeal procedure deprives this Court of jurisdiction to consider this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 09/13/2013
*I certify that the above is a true extract from* the minutes of the Court of Appeals of Georgia.
*Witness my signature and the seal of said court* hereto affixed the day and year last above written.

_____, *Clerk.*

---

[1] Clark's notice of appeal failed to identify the order he wished to appeal. Based on the timing of the filing, however, the only order he could be appealing is the revocation order.